FILED
CLERK, U.S. DISTRICT COURT
1/5/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No.   2:21-cr-00005-JFW |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 371: Conspiracy to Commit Mail Fraud] |
| SUNDAY ANYIKA, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 371]

A.   INTRODUCTORY ALLEGATIONS

1.   At times relevant to this Information:

a.   Victim No. 1 was a resident of Beverly Hills, California, and maintained an office in Bell, California, within the Central District of California.

b.   Victim No. 1 owned a life insurance policy with Company A, an insurance company headquartered in Bellevue, Washington.

B.   OBJECT OF THE CONSPIRACY

2.   Beginning in or about May 2017 and continuing through in or about December 2019, in Los Angeles County, within the Central

District of California, and elsewhere, defendant SUNDAY ANYIKA conspired with others known and unknown to the United States Attorney to commit Mail Fraud, in violation of Title 18, United States Code, Section 1341.

C.  MANNER AND MEANS OF THE CONSPIRACY

3. The object of the conspiracy was carried out, and to be carried out, in substance, as follows:

a. Defendant ANYIKA's co-conspirators would obtain identifying information of victim individuals and businesses in order to impersonate the victims and gain unauthorized access to accounts held by the victims, such as email accounts and financial accounts including life insurance accounts and bank accounts.

b. Once defendant ANYIKA's co-conspirators had gained access to this personal information and these accounts, they would trick the victims into transferring victim funds, including by mail and wire, to bank accounts controlled by defendant ANYIKA or his co-conspirators.

c. Defendant ANYIKA and his co-conspirators would open fraudulent bank accounts in order to receive the fraudulently-obtained funds.  Defendant ANYIKA and his co-conspirators would open these fraudulent bank accounts in the names of the victims and in the names of fake businesses and synthetic identities that defendant ANYIKA's co-conspirators controlled.

d. Defendant ANYIKA's co-conspirators would trick victims into depositing, wiring, and transferring victim-owned funds into the fraudulent bank accounts controlled by defendant ANYIKA and his co-conspirators by, among other methods:

            i.   Impersonating a victim to a third party holding money or property of the victim, and directing the third party to send the victim's money or property to one of the fraudulent bank accounts; and

            ii.  Impersonating a person or entity to whom the victim owed money, and directing the victim to send the money to one of the fraudulent bank accounts.

       e.   In order to secure the fraudulently obtained money and prevent the victims from stopping the transfers if they became aware of the fraudulent scheme, defendant ANYIKA and his co-conspirators would quickly withdraw, and attempt to withdraw, for their own use and enjoyment, the fraudulently-obtained victim funds, including through cash withdrawals, wire transfers, teller transfers, check cashing, and deposits into other accounts used by or under the control of defendant ANYIKA and his co-conspirators before the victim became aware of the fraudulent scheme.

D.   OVERT ACTS

    4.   On or about the dates set forth below, in furtherance of the conspiracy and to accomplish its object, defendant ANYIKA, together with others known and unknown to the United States Attorney, committed and willfully caused others to commit the following overt acts, among others, within the Central District of California and elsewhere:

    Overt Act No. 1:   On or about January 18, 2018, one of defendant ANYIKA's co-conspirators, using Victim No. 1's life insurance policy number, social security number, and date of birth to verify the account, called Company A to obtain details on a life insurance policy under Victim No. 1's name.

**Overt Act No. 2:** On or about January 31, 2018, defendant ANYIKA, using a fake Liberian passport (number L331249) sent by his co-conspirators that bore his photograph, opened and maintained sole control over an account at TD-Bank ending in -8734 (the "TD Bank - 8734 account") under Victim No. 1's name.

**Overt Act No. 3:** On or about February 9, 2018, one of defendant ANYIKA's co-conspirators fraudulently and without authorization caused Company A to wire $420,000 from Victim No. 1's life insurance policy account to the TD Bank -8734 account.

**Overt Act No. 4:** On or about February 15, 2018, defendant ANYIKA wired $187,920 in funds traceable to Victim No. 1's life insurance account, knowing that the funds were the proceeds of fraud, from the TD Bank -8734 account into a Santander Bank account that defendant ANYIKA controlled in the name of H.A.S.

**Overt Act No. 5:** On or about February 20, 2018, defendant ANYIKA wired $32,000 in funds traceable to Victim No. 1.'s life insurance policy account, knowing that the funds were the proceeds of fraud, from the TD Bank -8734 account into a Santander Bank account that defendant ANYIKA controlled in the name of U.S.L.

**Overt Act No. 6:** On or about February 20, 2018, defendant ANYIKA wired $65,300 in funds traceable to Victim No. 1's life insurance policy account, knowing that the funds were the proceeds of fraud, from the TD Bank -8734 account to an HSBC account in Hong Kong in the name of X.Z.

**Overt Act No. 7:** On or about February 26, 2018, defendant ANYIKA wired $85,500 in funds traceable to Victim No. 1's life insurance account, knowing that the funds were the proceeds of fraud,

1 from the TD Bank -8734 account to an HSBC account in Hong Kong in the
2 name of X.Z.
3     Overt Act No. 8:    On or about March 26, 2018, one of defendant
4 ANYIKA's co-conspirators, fraudulently and without authorization,
5 requested cancellation of Victim No. 1's life insurance policy with
6 Company A and directed that the remaining funds in the account be
7 wired to the TD Bank -8734 account.
8     Overt Act No. 9:    On or about March 28, 2018, as a result of
9 the co-conspirator's fraudulent cancellation request described in
10 Overt Act No. 8, Company A cancelled Victim No. 1's life insurance
11 policy and sent via U.S. Mail check number 032655, dated March 28,
12 //

2018, for approximately $761,355.55 in an envelope addressed to Victim No. 1 at his office in Bell, California, within the Central District of California.

NICOLA T. HANNA
United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

MONICA E. TAIT
Assistant United States Attorney
Deputy Chief, Major Frauds Section

SCOTT PAETTY
Assistant United States Attorney
Major Frauds Section